# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIM ROMIG, et al., | : | CIVIL ACTION |
| Plaintiffs | : | |
| | : | |
| vs. | : | NO. 12-3204 |
| | : | |
| CHRIS L. BOEHM, et al., | : | |
| Defendants | : | |

## O R D E R

**AND NOW,** this    16th    day of March, 2015, upon consideration of the defendants' motion to dismiss (Document #7), and the response of the plaintiffs' thereto (Document #8), IT IS HEREBY ORDERED that the motion is GRANTED in its entirety.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

BY THE COURT:


  /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.